**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

T.T. INTERNATIONAL CO., LTD.,

               Case No. 8:23-cv-2829

 Plaintiff,

v.

BMP INTERNATIONAL INC.,
BMP USA, INC., and XIANBIN MENG,

 Defendants.
_____ /

**MEDIATION REPORT**

  An in-person mediation was held on Tuesday, February 18, 2025, beginning at 9:00 a.m., where the parties conducted mediation settlement discussions. Plaintiff, T.T. INTERNATIONAL CO., LTD., appeared with client representative and counsel. Defendants, BMP INTERNATIONAL INC., BMP USA, INC., and XIANBIN MENG, appeared with client representatives and counsel.

  All parties participated in good faith. The parties reached an agreement in principle and continue to work toward formalizing that agreement.

  Done March 25, 2025, in Tampa, Florida.

               Respectfully submitted,

               /s/ *Emmett L. Battles*
               Emmett L. Battles, Esq., Mediator
               Florida Bar No. 306649
               1511 N. Westshore Blvd., Suite 700
               Tampa, Florida 33607
               Telephone: (813) 642-4229
               Facsimile: (727) 498-8902
               Email: ebattles@zinoberdiana.com
                   laura@zinoberdiana.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 25, 2025, I electronically filed the foregoing document with the EC/EMF portal, which will electronically send copies to counsel of record.

*/s/ Emmett L. Battles*
Emmett L. Battles, Esq., Mediator