# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

T.T. INTERNATIONAL CO., LTD.,

    Plaintiff,

v.                                             Case No: 8:23-cv-2829-WFJ-TGW

BMP INTERNATIONAL INC., BMP USA, INC., and XIANBIN MENG,

    Defendants.
_____/

## ORDER

The Court has been advised by **the Mediation Report (Dkt. 73)** that the above-styled action has been resolved in principle awaiting a formalized agreement. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record