## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| T.T. INTERNATIONAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BMP INTERNATIONAL, INC., BMP USA, INC., and XIANBIN MENG, <br><br> Defendants. | Case No. 8:23-cv-02829-WFJ-TGW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' Confidential Settlement Agreement, the Parties jointly stipulate and move this Court to enter an order dismissing this action conditioned on the Court's retention of jurisdiction to enforce the Settlement Agreement. The Court may retain jurisdiction to enforce a settlement agreement if the parties condition their stipulation to dismissal on the Court doing so and the Court issues an order to that effect. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). Each Party further stipulates that it will bear its own fees and costs. Accordingly, the Parties request that this Court retain jurisdiction to enforce the Settlement Agreement and dismiss this action with prejudice.

Dated: June 26, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Buffey E. Klein* | */s/ David B. Weinstein* |
| Buffey E. Klein | David B. Weinstein (FBN 604410) |
| Florida Bar No. 0034639 | weinsteind@gtlaw.com |
| **Husch Blackwell LLP** | Irina Khasin (FBN 1050729) |
| 1990 N. Pearl, Suite 1800 | irina.khasin@gtlaw.com |
| Dallas, Texas 75201 | Christopher White (FBN 1022219) |
| (214) 999-6100 | whitech@gtlaw.com |
| (214) 999-6170 (fax) | **Greenberg Traurig, P.A.** |
| buffey.klein@huschblackwell.com | 101 East Kennedy Blvd., Suite 1900 |
| | Tampa, Florida 33602 |
| Lauren E. Hayes, *Pro Hac Vice* | (813) 318-5700 - telephone |
| 111 Congress Ave., Suite 1400 | (813) 318-5900 - facsimile |
| Austin, TX 78701 | |
| (512) 479-1163 | |
| (512) 479-1101 (fax) | |
| lauren.hayes@huschblackwell.com | |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff T.T. International* |

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for both parties conferred and jointly request the relief requested in this Motion.